# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2020

160261(58)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v                                                     SC:  160261
                                                      COA:  342613
                                                      Lapeer CC:  16-012503-FC
JOSHUA JERROLD TIETZ,
        Defendant-Appellant.
_____/

On order of the Court, the motion for reconsideration of this Court's March 23, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted.  MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2020



a1021

Clerk